UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order of Restitution** |
| v. | 18 Cr. 655 (VSB) |
| Elijah Grizzard, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/2020

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Kyle A. Wirshba, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Elijah Grizzard, the Defendant, shall pay restitution in the total amount of $45,166 to the victim of the offense charged in Count One of the Information. The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendants ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Interest.** Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest is waived because the defendant lacks the ability to pay.

09.10.2013

**4. Timing.** The obligations under in this Order shall not begin until the Defendant completes, or otherwise leaves, the inpatient rehabilitation program in which he is presently enrolled.

**5. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

March 27, 2020

Vernon S. Broderick
United States District Judge